United States District Court
District of Massachusetts

Rec'd in
open court
11:21 AM
CP

|  |  |  |
|---|---|---|
| ELAINE JOYCE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 08-10277-NMG |
| TOWN OF DENNIS, DENNIS PINES | ) | |
| GOLF COURSE, DENNIS HIGHLANDS, | ) | |
| ROBERT CANEVAZZI, MICHAEL | ) | |
| CUMMINGS, DENNIS PENNER and | ) | |
| RUSSELL CHAMPOUX, | ) | |
| Defendants. | ) | |

### VERDICT FORM

1. Enter below (in words and in numbers) the amount of **compensatory or nominal damages** you award to the plaintiff for her injuries caused by the discrimination of the defendants:

   (words) _Fifteen thousand dollars_

   (numbers) $ _15,000_

Your deliberations are complete. Report to the clerk that you have reached a verdict.

_3/17/11_
Date

_[signature]_
Foreperson