① If an amount is determined for compensatory damages, is each individually named defendant responsible for the listed amount, or is the listed (selected) amount the sum total to be shared equally by all defendants in this case.
  (i.e. if we list $1,000, would it be multiplied by 7 parties (defendants) to equal $7,000 or remain a total of $1,000).

② To clarify, how many defendants are involved in this case?
  (i.e. Are Dennis Pines and Dennis Highlands two separate defendants?)

SoYun Kwan-Weiner         3/16/11

We were unable to come to unanimous decision today in civil action # 08-10277-NMG.

We would like to continue deliberation tomorrow.

Soyun Kwan-Weiner

*[signature]*   3/16/11

We have reached a verdict.

3/17/11                     [signature]